# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

NO. 4:17-CR-00040-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEFONTE KENTRIAL WILLIAMS | ORDER |

At defendant's arraignment on 23 May 2018, defendant entered a plea of not guilty. At that time, defendant also informed the court that he desired the opportunity to retain counsel in lieu of his appointed counsel. Accordingly, the court continued trial to the court's next session, 9 July 2018. The court finds that the ends of justice served by continuance outweigh the best interest of defendant and the public in a speedy trial. The delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

This 24 May 2018.

_____
W. Earl Britt
Senior U.S. District Judge