UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00040-BR-1

UNITED STATES OF AMERICA

v.                                                                    ORDER

DEFONTE KENTRIAL WILLIAMS

    This matter is before the court on defendant's motion to seal his memorandum in support of his compassionate release motion. (DE # 54.) Nothing in the memorandum itself contains confidential or sensitive information. Therefore, if defendant wishes the court to consider the memorandum, it shall be filed publicly within five days. See Local Criminal Rule 55.2(b)(3). Defendant's presentence report, Exhibit 2, to the memorandum may remain under seal. The other exhibits do not contain confidential or sensitive information other than defendant's date of birth. Those exhibits may be redacted in accordance with Fed. R. Crim. P. 49.1(a), and the redacted version(s) shall be filed publicly within three days if defendant wishes the court to consider them.

    The motion to seal is GRANTED IN PART and DENIED IN PART.

    This 2 July 2021.

_____
W. Earl Britt
Senior U.S. District Judge