UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Defonte Kentrial Williams**                    **Docket No. 4:17-CR-40-1M**

### Petition for Action on Supervised Release

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Defonte Kentrial Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the W. Earl Britt, Senior United States District Judge, on September 26, 2018, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On May 30, 2023, the case was reassigned to The Honorable Richard E. Myers, II, Chief U.S. District Court Judge.

Defonte Kentrial Williams was released from custody on March 3, 2023, at which time the term of supervised release commenced. On August 30, 2023, a Violation Report was submitted advising that the defendant was charged with Driving While Impaired and Failure to Maintain Lane Control in Wake County, North Carolina (23CR396365). The defendant denied guilt, and the court agreed to continue supervision pending the adjudication of these charges, which remain pending. On October 26, 2023, a Violation Report was submitted after the defendant tested positive for marijuana on October 11, 2023. The defendant was verbally reprimanded, counseled for his actions, and was instructed to continue with outpatient substance abuse treatment. The court agreed to continue supervision.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 2, 2023, Williams was charged with Driving While Impaired and Reckless Driving to Endanger in Greene County, North Carolina (23CR472723). According to the incident report from Trooper W. Chandler, the defendant was speeding 78/55 and blew a .12 on the breathalyzer. Williams was arrested and posted a secured bond. Although these charges remain pending, Williams admitted guilt to the undersigned officer on December 5, 2023. As a sanction for this criminal conduct, the undersigned officer respectfully recommends that he be placed on curfew with electronic monitoring for a period of 90 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2337
Executed On: December 6, 2023

## ORDER OF THE COURT

Considered and ordered this ___12th___ day of ___December___, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge