UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Defonte Kentrial Williams**             **Docket No. 4:17-CR-40-1M**

### Petition for Action on Supervised Release

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Defonte Kentrial Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 26, 2018, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Defonte Kentrial Williams was released from custody on March 3, 2023, at which time the term of supervised release commenced.

On May 30, 2023, this case was reassigned to The Honorable Richard E. Myers II, Chief U.S. District Judge.

On August 30, 2023, a Violation Report was submitted advising that the defendant was charged with Driving While Impaired and Failure to Maintain Lane Control in Wake County, North Carolina (23CR396365) The defendant denied guilt, and the court agreed to continue supervision pending adjudication in state court.

On October 26, 2023, a Violation Report was submitted after the defendant tested positive for marijuana on October 11, 2023. The defendant was verbally reprimanded, counseled for his actions, and was instructed to continue outpatient substance abuse treatment. The court agreed to continue supervision, and the defendant has been compliant with his treatment plan.

On December 6, 2023, a Petition for Action was submitted to the court advising the defendant was charged with Driving While Impaired and Reckless Driving to Endanger in Greene County, North Carolina (23CR472723). According to the incident report, the defendant was speeding 78/55 and blew a .12 on the breathalyzer. Although these charges remain pending, Williams admitted guilt to the probation officer. As a sanction for this criminal conduct, the probation officer respectfully recommended the defendant to be placed on a curfew with electronic monitoring for a period of 90 days. The defendant signed a Waiver of Hearing, and the court agreed with the recommendation. The defendant successfully completed this sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 22, 2024, the defendant pled guilty to Driving While Impaired-Level 5 in Wake County, North Carolina (23CR396365). Williams was sentenced to 12 months unsupervised probation with the following special conditions: surrender driver's license to the Clerk of Superior Court, not operate a motor vehicle until properly licensed, obtain a substance abuse assessment, monitoring, and treatment as directed, and complete 25 hours of community service within 120 days. Williams has completed his substance abuse assessment at East Coast Counseling, and he has agreed to maintain his compliance with the treatment program. Additionally, the defendant has satisfied his court ordered community service requirement. As a sanction for this criminal conduct, the probation officer respectfully recommends the defendant be placed

on a curfew without electronic monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: June 14, 2024

## ORDER OF THE COURT

Considered and ordered this _18th_ day of _JUNE_, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge